1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 8  United States of America, | ) |
| 9           Plaintiff, | )  Case No: 12-1850M |
| | ) |
| 10  vs. | ) |
| | ) |
| 11 | )  **MATERIAL WITNESS ORDER** |
| Alfredo Ayala-Solorio, | )  **OF DETENTION** |
| 12 | ) |
|           Defendant. | ) |
| 13 | ) |
| 14 | ) |

15     Defendant, Alfredo Ayala-Solorio, having been charged in the District of Arizona with

16  a violation of Count One Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (B)(i)

17  and the Magistrate Judge having determined from the affidavit of the Department of

18  Homeland Security Customs and Border Protection filed in this case, the following persons

19  can provide testimony that is material to the offense(s) alleged in the complaint:

20                          Jesus Torres-Carpio

21                      Omar Martinez-Covarrubias

22

23     The Magistrate Judge finds that it may become impracticable to secure the presence of the

24  witness(es) by subpoena in further proceedings because they are not in the United States

25  legally and have no legal residence or employment in this Country.

26  /////

27  /////

28  /////

1    IT IS ORDERED that the witness(es) shall be detained pursuant to 18 USC § 3144 in a

2  corrections facility separate, to the extent practicable, from persons awaiting or serving

3  sentences or being held in custody pending appeal.  The witness(es) shall be afforded a

4  reasonable opportunity for private consultation with counsel.

5    DATED: August 22, 2012

6

7

8

9  _____

James F. Metcalf
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28